# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RENDON,<br><br>        Plaintiff,<br><br>   v.<br><br>INFINITY FASTENERS, INC.,<br><br>        Defendant. | Case No.  1:20-cv-01538-ADA-BAM<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE<br><br>(ECF Nos. 28, 29) |

A settlement conference is currently set for November 16, 2022, before Magistrate Judge Stanley A. Boone.  (ECF No. 28.)  On November 4, 2022, the parties filed a stipulated request to continue the settlement conference due to the unavailability of Defendant's counsel.  (ECF No. 29.)  The Court finds good cause to grant the stipulated request.

Accordingly, IT IS HEREBY ORDERED that the settlement conference set for November 16, 2022, is CONTINUED to January 9, 2023, at 11:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **November 5, 2022**

UNITED STATES MAGISTRATE JUDGE