## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RENDON,<br><br>    Plaintiff,<br><br>    v.<br><br>INFINITY FASTENERS, INC.,<br><br>    Defendant. | Case No. 1:20-cv-01538-ADA-BAM<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE MOTION FOR SETTLEMENT<br><br>(ECF No. 30)<br><br>**DEADLINE: THIRTY DAYS** |

Plaintiff maintains this action under the California Private Attorneys General Act. On January 9, 2023, the parties appeared for a settlement conference before United States Magistrate Judge Stanley A. Boone and reached a settlement agreement. (ECF No. 30.)

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file a motion for settlement of the PAGA claim within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:   **January 10, 2023**

UNITED STATES MAGISTRATE JUDGE

1