Michael J.F. Smith, #109426
John L. Migliazzo, # 272066
**Michael J. F. Smith, APC**
1391 West Shaw Avenue, Suite D
Fresno, California 93711
(559) 229-3900
Fax (559) 229-3903

Attorneys for Plaintiff,
    Eric Rendon

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RENDON, individually on behalf of himself and all others similarly situation, under the Private Attorney General act (PAGA), pursuant to Labor Code §§ 2698, et seq., <br><br> Plaintiff, <br><br> v. <br><br> INFINITY FASTENERS, INC., a Kansas Corporation; and DOES 1-50; <br><br> Defendants. | Case No.: 1:20-cv-01538-ADA-BAM <br><br> **NOTICE OF MOTION AND MOTION FOR APPROVAL OF SETTLEMENT UNDER THE CALIFORNIA PRIVATE ATTORNEYS GENERAL ACT OF 2004 ("PAGA") (UNOPPOSED)** <br><br> **DATE:** March 20, 2023 <br> **TIME:** 1:30 p.m. <br> **CTRM:** #1 (8th Floor) <br> **JUDGE:** Hon. Ana de Alba |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 20, 2023 at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Ana De Alba in Courtroom 1, 8th floor, of the United States District Court, Eastern District of California, Fresno Division, located at 2500 Tulare Street, Fresno, CA 93721, Plaintiff, Eric Rendon ("Plaintiff"), individually and on behalf of himself and all others similarly situated, will and hereby move for entry of an order and judgment as follows:

1

1. Granting approval, pursuant to California Labor Code section 2699(1)(2) of the proposed settlement agreement between Plaintiff and Defendant, Infinity Fasteners, Inc. ("Defendant"), of the claims brought pursuant to the Private Attorneys General Act or 2004 ("PAGA") as set forth in the PAGA Settlement Agreement ("Settlement Agreement"), attached as Exhibit "1" to the pleading titled "Settlement Agreement Pursuant to California Private Attorneys General Act (PAGA)";

2. Approving the Net Distribution Amount payable to the State of California and Aggrieved Employees as authorized by California Labor Code section 2699(i);

3. Directing the Defendant to distribute the settlement funds to the Aggrieved Employees under a cover letter in the form and content substantially similar to Exhibit "A" to the "Proposed Notice of Settlement to Covered Employees" and distributing funds to the Labor and Workforce Development Agency ("LWDA"), Plaintiff's Counsel, and Plaintiff in accordance with the terms of the Settlement Agreement.

This motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities; PAGA Settlement Agreement; Proposed Notice of Settlement to Covered Employees; the Declarations of Eric Rendon, John L. Migliazzo; and the pleadings and other records on file with the Court in this matter and such evidence and oral argument as may be presented at the hearing on this Motion.

Dated: February 6, 2023

**MICHAEL J. F. SMITH,
A PROFESSIONAL CORPORATION**

By: /s/John L. Migliazzo
John L. Migliazzo,
Attorney for Plaintiff,
Eric Rendon

## **Meet and Confer Requirement**

In accordance with the Standing Order in Civil Actions, Plaintiff has met and conferred with opposing counsel prior to the filing of this motion. This motion is unopposed.

I declare under penalty of perjury under the laws of the United States of America and state of California that the foregoing is true and correct.

Dated: February 6, 2023

By: /s/John L. Migliazzo
John L. Migliazzo

# PROOF OF SERVICE

My business address is 1391 West Shaw Avenue, Suite D, Fresno, California 93711. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as: **NOTICE OF MOTION AND MOTION FOR APPROVAL OF SETTLEMENT UNDER THE CALIFORNIA PRIVATE ATTORNEYS GENERAL ACT OF 2004 ("PAGA") (UNOPPOSED)** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Kellie M. Murphy
Kristen M. Caprino
Johnson Schachter & Lewis, APC
2180 Harvard Street, Suite 560
Sacramento, CA 95815

[X] (<u>BY ELECTRONIC MAIL</u>) I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee(s) of the addressee(s) designated, by filing with the Clerk of the United States District Court of Eastern District of California, using the CM/ECF System. The CM / ECF System will provide e-mail notification to counsel of record.

EXECUTED ON **February 9, 2023** at Fresno, California.

[X] (<u>FEDERAL</u>) I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

            */s/ John L. Migliazzo*
            John L. Migliazzo